IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE EARL KEY, JR.                                                                                    PLAINTIFF

V.                                                                              CIVIL ACTION NO. 1:16-CV-98-SA-DAS

ROGER WAYNE SETTLEMIRES                                                                                 DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by Willie Earl Key, Jr. ("Plaintiff") and Roger Wayne Settlemires, in his individual capacity ("Defendant"), and as further evidenced by the signatures of their duly authorized counsel of record, the Court hereby orders that all claims raised by Plaintiff in the above-captioned action against the Defendant are dismissed with prejudice.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims against the Defendant in the above-titled action are hereby DISMISSED with prejudice. CASE CLOSED.

SO ORDERED, this the 21st day of November, 2016.

                                         /s/ Sharion Aycock
                                         UNITED STATES DISTRICT JUDGE